Case 5:20-cr-00118-JGB Document 1 Filed 06/19/20 Page 1 of 2 Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
June 19, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___aab___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL CHRISTIAN LENDE,<br>  aka "bboy111,"<br><br>      Defendant. | ED CR No. **5:20-CR-00118-JGB**<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about September 13, 2018, in Riverside County, within the Central District of California, defendant MICHAEL CHRISTIAN LENDE, also known as "bboy111," knowingly possessed an Acer laptop computer, bearing serial number NXMLFAA02451401D073400, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

///

commerce by any means, including by computer, knowing that the images and videos were child pornography.

```
                                NICOLA T. HANNA
                                United States Attorney

                                /s/ Scott M. Garringer
                                Deputy Chief, Criminal Division For:

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division

                                JOSEPH B. WIDMAN
                                Assistant United States Attorney
                                Chief, Riverside Branch Office

                                PETER KIM
                                Special Assistant U.S. Attorney
                                Riverside Branch Office
```